# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

ROOSEVELT DEWAYNE ROGERS,

Plaintiff,

Civil No. 17-cv-0937 (SRN/HB)

v.

**ORDER ON REPORT AND RECOMMENDATION**

MINNESOTA DEPARTMENT OF CORRECTIONS,

Defendant.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**; and

2. This action IS **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 29, 2017

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge